IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CRIMINAL NO: 00-158 |
| | ) |
| ALICE DURKALSKI, | ) |
| | ) |
| DEFENDANT. | ) |
| | ) |
| | ) **TYPE OF PLEADING:** |
| | ) |
| | ) NOTICE OF APPEARANCE |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) **FILED ON BEHALF OF:** |
| | ) |
| | ) ALICE DURKALSKI |
| | ) |
| | ) DEFENDANT |
| | ) |
| | ) |
| | ) **ATTORNEY OF RECORD:** |
| | ) |
| | ) ADAM B. COGAN, ESQUIRE |
| | ) PA I.D. NO: 75654 |
| | ) |
| | ) ONE NORTHGATE SQUARE |
| | ) GREENSBURG, PA 15601 |
| | ) |
| | ) [724] 837-9046 |
| | ) |
| | ) |
| | ) |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CRIMINAL NO: 00-158 |
| | ) |
| ALICE DURKALSKI, | ) |
| | ) |
| DEFENDANT. | ) |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the Defendant, ALICE DURKALSKI, in connection with the above captioned matter.

                                                                             RESPECTFULLY SUBMITTED,

                                                                             <u>s/Adam B. Cogan,</u>
                                                                             ADAM B. COGAN, ESQUIRE
                                                                             PA I.D. NO: 75654

                                                                             ATTORNEY OF RECORD