IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) **CRIMINAL NO.:** 00-158 |
| | ) |
| ALICE DURKALSKI, | ) |
| | ) |
| DEFENDANT. | ) |
| | ) |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of September, 2005, upon consideration of the Defendant's application for early termination of her supervised release, it is hereby **ORDERED** that said motion is hereby **GRANTED** and that the Defendant's term of supervised release is hereby terminated.


BY THE COURT,


_____, J.