IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) ) ) |
| VS. | ) **CRIMINAL NO.:** 00-158 ) |
| ALICE DURKALSKI, | ) ) ) |
| DEFENDANT. | ) ) |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of September, 2005, it is hereby **ORDERED** that a hearing on the Defendant's application for early termination of probation be scheduled for _____.

BY THE COURT,

_____, J.