

**INTERSTATE BRANDS COMPANIES**

178 S. Forge Street / Akron, OH 44308
(330) 376-6111

September 6, 2005

RE: ALICE DURKALSKI - SS# 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

To Whom It May Concern:

This letter is to advise that Alice has been re-employed with our Company since September 2, 2003, as a retail sales clerk. As such, Alice has a lot of responsibility included but not limited to opening a bakery outlet store, closing a bakery outlet store, completing customer transactions which includes dealing with large amounts of cash, completing necessary store accounting paperwork, and calculating and depositing store receipts for the day. Alice has always completed all her assigned duties in a timely, efficient and accurate manner.

We consider Alice to be a very good employee with essentially no attendance or performance issues. We highly recommend Alice for release from her probationary program. If you have any questions regarding Alice, please feel free to call.

Sincerely,

Marilyn Brown
Human Resource Manager

MB;ms

Exhibit A