IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| VS. | ) CRIMINAL NO.: 00-158 |
| ALICE DURKALSKI, | ) |
| DEFENDANT. | ) |

**ORDER OF COURT**

AND NOW, to-wit, this _13th_ day of September, 2005, upon consideration of the Defendant's application for early termination of her supervised release, it is hereby **ORDERED** that said motion is hereby **GRANTED** and that the Defendant's term of supervised release is hereby terminated.

BY THE COURT,

_____William L. Standish_____, J.